UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMIR BATLAK, | CASE NO. C26-0627JLR |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

Before the court is Petitioner Damir Batlak's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action.  (IFP App. (Dkt. # 1).)  Mr. Batlak demonstrates that he is unable to afford the $5.00 filing fee.  (*Id.*)  Accordingly, the court GRANTS his application to proceed IFP.  (Dkt. # 1).

//

//

//

//

ORDER - 1

The Clerk is directed to file Mr. Batlak's habeas petition without the prepayment of fees and to send him a copy of this order.

Dated this 23rd day of February, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2